JS-6

FILED
CLERK, U.S. DISTRICT COURT
August 30, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$23,760.00 IN U.S. CURRENCY,<br><br>Defendant.<br>_____<br>ARTEMISA BANUELOS,<br><br>Claimant. | NO. CV 18-03821-SJO (FFMx)<br><br><br><br>CONSENT JUDGMENT<br>OF FORFEITURE |

Plaintiff, the United States of America, and Claimant, Artemisa Banuelos ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court having considered the stipulation and request of the parties and, good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over Plaintiff, defendant $23,760.00 in U.S. Currency (the "defendant currency"), Claimant and the subject matter of this action.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this

Court. All potential claimants to the defendant currency other than Claimant are deemed to have admitted the allegations of the Complaint. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the defendant funds. The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture.

3. $10,000.00 of the defendant currency, without interest, shall be returned to Claimant through her counsel. The United States Marshals Service shall release said funds by wire transfer to Claimant's counsel, who shall provide the information necessary to make the wire transfer (including bank account and routing information) forthwith. Claimant and her attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law. The United States Marshals Service shall make the transfer within 60 days of the entry of this judgment or its receipt of the necessary information, whichever is later.

4. The government shall have judgment as to the remaining $13,760.00 of the defendant currency, as well as all interest earned on the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The government shall dispose of said funds in accordance with law.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

///

///

1    6.   Each of the parties shall bear its own fees and costs in connection with
2  the seizure of the defendant currency and this action.
3    IT IS SO ORDERED.

4  Dated:    8/30/18              _S. James Otero_____
5                                 THE HONORABLE S. JAMES OTERO
6                                 UNITED STATES DISTRICT JUDGE

7
8  Approved as to form and content:

9  DATED: August ___, 2018         NICOLA T. HANNA
10                                 United States Attorney
                                   LAWRENCE S. MIDDLETON
11                                 Assistant United States Attorney
                                   Chief, Criminal Division
12                                 STEVEN R. WELK
13                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
14
15                                      /s/
                                   _____
16                                 MICHAEL R. SEW HOY
                                   Assistant United States Attorney
17
18                                 Attorneys for Plaintiff
                                   United States of America
19
20
   Dated: August ___, 2018         _____
21                                 ROGER S. SHAFER, ESQ.
22                                 Attorney for Claimant
                                   Artemisa Banuelos
23
24
25
26
27
28